# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLUCID PHARMACEUTICALS, INC., THOMAS P. MATHERS, ART PAPPAS, MARTIN EDWARDS, ALISON LAWTON, MARK CORRIGAN, LUC MARENGERE, MARVIN WHITE, ELI LILLY AND COMPANY, and PROCAR ACQUISITION CORPORATION,<br><br>　　　　　Defendants. | Case No. 1:17-cv-10197-GAO |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Parshall hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 3, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
(484) 324-680

**MATORIN LAW OFFICE, LLC**

By:  */s/ Mitchell J. Matorin*
　　　Mitchell J. Matorin (BBO# 649304)
　　　18 Grove Street, Suite 5
　　　Wellesley, MA 02482
　　　(781) 453-0100

　　　*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 3, 2017.

/s/ Mitchell J. Matorin